# United States District Court

DISTRICT OF _____the Northern Mariana Islands_____

UNITED STATES OF AMERICA,

    Plaintiff,

V.

YANG, JIAN ZHONG,
    a/k/a, "Mr. Kim," and
SHI, GUI LIN,

    Defendant.

**FILED**
Clerk
District Court
MAY 30 2007
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-00017

ORIGINAL

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____YANG, JIAN ZHONG, a/k/a, "Mr. Kim,"_____
                                                                             Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Drug Conspiracy (Count 1); and**
**Distribution And Possession With Intent To Distribute A Controlled Substance (Counts 2 - 7)**

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(C)__

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 5-23-07     SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __NO BAIL__     by __/s/ Alex R. Munson__
                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __SAIPAN, CNMI__
__San Antonio Residence__

| DATE RECEIVED<br>05-23-07 | NAME AND TITLE OF ARRESTING OFFICER<br>W. M. CALVERT<br>CIDUSM #3046 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>05-30-07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____