MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
******************************************************************

CR-07-00017-001                                           May 30, 2007
                                                          10:30 a.m.

**UNITED STATES OF AMERICA  -V- YANG, JIAN ZHONG**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           YANG, JIAN  ZHONG, DEFENDANT
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Timothy Moran and Eric O'Malley, AUSAs.

Government moved to unseal this case as both defendants have been arrested.  Court so ordered.

Dennis Tse was sworn as interpreter/translator of the Mandarin language.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted the Court to appoint counsel.  Court, after review of the affidavit, ordered the Clerk to appoint the next CJA attorney on the list.

Court set the arraignment hearing for 10:00 a.m. tomorrow morning.

Interpreter was instructed to explain the rights of the defendant to him as he seemed to not understand.  Interpreter further explained the defendant's rights.

Court rested with this defendant at 11: 15 a.m.

Court reconvened at 11:18 a.m.  Court inquired of the defendant whether he now understood

his rights.  Defendant replied in the affirmative.

    Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

    Adjourned at 11:20 a.m.

    /s/K. Lynn Lemieux, Courtroom Deputy