# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR-07-00017-001                                           May 31, 2007
                                                          10:05 a.m.

### UNITED STATES OF AMERICA -vs- YANG, JIAN ZHONG

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
           TIMOTHY BELLAS, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           YANG, JIAN ZHONG, DEFENDANT

PROCEEDINGS:  ARRAIGNMENT

    Defendant **YANG, JIAN ZHONG** appeared with court-appointed counsel, Attorney Timothy Bellas. Government was represented by Timothy Moran and Eric O'Malley, AUSAs.

    Perry Lo was present, and sworn, as interpreter/translator of the Mandarin language.

    Attorney Bellas stated that they were ready to proceed with the Arraignment.

    Defendant was sworn and advised of his constitutional rights.

    Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JULY 2, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **June 14, 2007.**

    Government moved that the defendant be held without bail pending trial. No argument from the Defense at this time.

    Court granted the Government's motion, without prejudice, and ordered that the defendant remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 10:25 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy