**TIMOTHY H. BELLAS**
Attorney-at-Law
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Telephone: (670) 323-2115; Fax 323-2116

**ATTORNEY FOR**: Defendant Yang

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00017-001 |
| Plaintiff, | ) | |
| v. | ) | |
| YANG, JIAN ZHONG, *et al*, | ) | STIPULATED EXTENSION OF TIME TO FILE PRE TRIAL MOTIONS |
| Defendants. | ) | |

This matter came before the Court for arraignment on May 31st, 2007. As a result of this hearing the Court entered an Order entitled "Order Setting Trial Date" which among other things sets the deadline for filing pretrial motions to June 14th, 2007.

Counsel for Defendant Yang has made a demand for discovery since June 5th, 2007, however, he is advised by AUSA O'Malley that the discovery has been delayed due to the

1  number of cases being processed at the same time. Discovery has been promised by no later than
2  June 13th, 2007.

3
4  Therefore, for the reasons stated herein and in the attached Declaration of Counsel, which
5  is incorporated herein by this reference, the parties propose that an extension of time in which to
   pretrial motions be granted until June 21st, 2007.
6
7  So stipulated this 11th day of June, 2007.
8
9
   _____/s/_____          _____/s/_____
10 Eric O'Malley, Assistant U.S. Attorney              Timothy H. Bellas, Attorney for
   Attorney for the United States                     Defendant Yang
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                          ˘ 2 ˘
26
27