FILED
Clerk
District Court

JUN 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER EXTENDING TIME |
| | ) | TO FILE PRETRIAL MOTIONS |
| YANG, Jian Zhong, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

FOR THE REASONS stated in the stipulation of the parties, and good cause appearing therefrom,

IT IS ORDERED that defendant Yang shall have until 3:30 p.m., June 21, 2007, to file pre-trial motions. All other dates remain unchanged at this time.

DATED this 13th day of June, 2007.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)