```
LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985

Attorneys for United States of America
```

FILED
Clerk
District Court

JUN 25 2007

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YANG, Jian Zhong,<br><br>        Defendant. | Criminal Case No. 07-00017<br><br>**STIPULATION** |

The above captioned matter is currently set for jury trial, July 2, 2007 at 9:00 a.m.

Pursuant to the court's pre-trial order the deadline for the below listed materials is June 25, 2007.

1) Proposed jury voir dire questions;
2) A joint exhibit list;
3) A complete set of marked exhibits;
4) Proposed verdict forms;
5) Witness list for purposes of voir dire only; and
6) Proposed jury instructions.

1     IT IS HEREBY STIPULATED AND AGREED by and between the United States of
2 America, by Leonardo M. Rapadas, United States Attorney, Eric S. O'Malley, Assistant United
3 States Attorney, of counsel, and Yang, Jian Zhong, the defendant, by and through his attorney,
4 Timothy H. Bellas, that:

    1)     On Friday, June 22, 2007, defendant indicated his intent to reach non-trial disposition of the above captioned case and a change of plea hearing was scheduled on June 26, 2007. However, the defendant reconsidered his decision on June 25, 2007 and now wishes to proceed to trial.

    2)     As this reconsideration was made on the due date for the above described items, the defendant requests, and the Government hereby stipulates and agrees, that more time is needed to prepare those submissions required by the court's June 1, 2007, order setting the date for trial.

    3)     The above mentioned deadline should be reset to Thursday, June 28, 2007.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6-25-07

By: _____
Eric S. O'Malley
Assistant U.S. Attorney

DATED: 6/25/07

_____
TIMOTHY E. BELLAS
Attorney for Yang, Jian Zhong

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED
JUN 2 5 2007
Clerk
District Court
The Northern Mariana Islands

-2-