MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CR-07-00017-001                                                June 26, 2007
                                                               1:40 p.m.

**UNITED STATES OF AMERICA -vs- YANG, JIAN ZHONG**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
           TIMOTHY BELLAS, ATTORNEY FOR DEFENDANT
           YANG, JIAN ZHONG, DEFENDANT

FILED
Clerk
District Court

JUN 26 2007

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

PROCEEDINGS:   **CHANGE OF PLEA.**

Defendant appeared with court appointed counsel, Attorney Timothy Bellas. Government was represented by Eric O'Malley, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer and DEA Officer, Deborah Muusers.

Perry Lo was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the Court.

Court recessed at 2:35 p.m. and reconvened at 2:40 p.m.

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY**. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty.

Court ordered a Presentence Investigation Report be submitted by August 28, 2007 and that the **Sentencing hearing be set for Tuesday, October 2, 2007 at 10:30 a.m.**

Defendant was remanded into the custody of the U.S. Marshal.

                                                       Adjourned at 2:55 p.m.


                                                       /s/K. Lynn Lemieux, Courtroom Deputy