**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO Ray M. Renguul<br>At: Saipan, CNMI POD/GRP 7 | ☑<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>04/26/05 | |

9. Other Officers: TFO Albert D. Palacios.

10. Report Re: Debriefing of ▮▮▮▮▮▮▮ on April 26, 2005 regarding Yang JIANZHONG. Crystal Methamphetamine/ICE Trafficking Organization.

### DRUG RELATED INFORMATION

1. On April 26, 2005, TFO's Ray M. Renguul and Albert D. Palacios debriefed ▮▮▮▮▮▮ (hereinafter referred to as CS) at the DEA/CNMI Task Force Office in Horiguchi Bldg, Garapan, Saipan, Commonwealth of the Northern Mariana Islands (CNMI). The CS provided information regarding Yang JIANZHONG crystal methamphetamine/ICE trafficking organization.

2. The CS related that during the early part of 2005 he/she knew a male Chinese, which CS calls him Mr. KIM. (Note: DEA/CNMI Task Force showed the CS several photos and identified Mr. KIM as to Yang JIANZHONG) The CS stated that JIANZHONG frequently visited the CS' residence to sell vegetable to the CS in the past. The CS stated that he/she does not recall exact month and day of JIANZHONG's last visit, but remembers he/she was asked by JIANZHONG if CS wanted to make money by helping him in the distribution of crystal methamphetamine/ICE. The CS related that he/she does not use crystal methamphetamine/ICE, but needs money to support his/her four children.

3. The CS stated that JIANZHONG instructed the CS step by step on how to distribute crystal methamphetamine/ICE. First the CS would collect the money from customers ranging from $300.00 to $1000.00. The CS would then contact JIANZHONG's cellular phone number (670) 287-2561 and inform him that he/she has the drug money. The CS would utilize a code word "watermelon" as meaning crystal methamphetamine/ICE. The CS stated that one watermelon refers to one gram of crystal methamphetamine/ICE and two watermelons refer to two grams crystal methamphetamine/ICE. The CS stated



| 11. Distribution:<br>Division ▮▮▮▮▮▮<br>District<br>Other ▮▮▮▮ | 12. Signature (Agent)<br>TFO Ray M. Renguul | 13. Date<br>4-26-05 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Jeffrey A. Silk<br>Resident Agent in Charge | 15. Date |

Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

Yang 00081

EXHIBIT 1

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No. [redacted]
2. G-DEP Identifier [redacted]
3. File Title [redacted]

4. Page 2 of 4
5. Program Code
6. Date Prepared: 04/26/05

that JIANZHONG would come to the CS residence and give the CS about one or two grams of crystal methamphetamine/ICE. Upon the sale of the crystal methamphetamine/ICE the CS would give him the drug sale money.

4. The CS recalls that one time, JIANZHONG came to the CS residence with another Chinese male to deliver the crystal methamphetamine/ICE. The CS does not know the name of this individual but describes him as very tin and light complexion. The CS stated that JIANZHONG does not like to deal with $200.00 worth of crystal methamphetamine/ICE. JIANZHONG prefers to deal larger quantities ranging from $500.00 to $1000.00 and up. The CS related that each drug sales he/she makes for JIANZHONG, he/she would make a profit of $50.00 for each sale.

5. The CS stated that in one occasion he/she received one gram of crystal methamphetamine/ICE on consignment from JIANZHONG worth $500.00. The CS stated that he/she took the one gram of crystal methamphetamine/ICE to Francis DESEBEL to sell. DESEBEL took the one gram of crystal methamphetamine/ICE from the CS; however DESEBEL wanted to pay the CS $500.00 at a later date. DESEBEL never paid the CS the $500.00, which made JIANZHONG very upset. Since that incident, JIANZHONG would not front the CS anymore crystal methamphetamine/ICE. The CS further stated that he/she has sold about three times to "BEN" LNU a male Palauan, "Francis DESEBEL" about two time, and "JAMES" LNU a Chamorro male about three times or more, described him as a slim body, light complexion, shoulder length hair and drives a white color sedan. The CS stated during those sales is ranging from one gram or two grams of crystal methamphetamine/ICE conceal in a small zip lock baggies. The CS stated that he/she has sold crystal methamphetamine/ICE for approximately $3600.00 for JIANZHONG.

6. The CS stated that he/she sometime borrowed money $50.00 from JIANZHONG whenever the CS needed money. The CS would pay him back at a later date.

7. The CS related that JIANZHONG previously took the CS to ABCD Store in Koblerville to pick up the crystal methamphetamine/ICE. JIANZHONG asked the CS to enter the ABCD Store to buy soda, while JIANZHONG remained in his vehicle. When the CS exited the ABCD Store, he/she observed JIANZHONG meet with the same Chinese male who came to the CS residence with

DEA Form - 6a (Jul. 1996)   DEA SENSITIVE   Drug Enforcement Administration   Yang 00082

*This report is the property of the Drug Enforcement Administration.*
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 3 of 4 | | |
| 5. Program Code | 6. Date Prepared 04/26/05 | |

JIANZHONG to deliver the crystal methamphetamine/ICE. The CS stated that he/she observed a grey color van or a SUV parked at the ABCD Store where the Chinese male got out and meet with JIANZHONG. After the meeting, JIANZHONG took the CS back to the his/her residence and gave the CS the crystal methamphetamine/ICE.

8. The CS related that JIANZHONG is not the head of this organization, but the CS believes that other unknown Chinese individual who are closely associated with JIANZHONG are involved in the distribution of crystal methamphetamine/ICE. JIANZHONG is capable of distributing 10 or more grams of crystal methamphetamine/ICE per week.

**NON-DRUG RELATED INFORMATION**

Negative

**FINANCIAL INFORMATION**

Negative

Yang 00083

**TERRORIST ACTIVITIES**

Negative

**INDEXING**

1. JIANZHONG, Yang - [redacted]

2. DESEBEL, Francis - [redacted] DOB: 01/23/1961. POB: Palau. Race Code: Asian. Male, Palauan, Citizen of Republic of Belau. Ht: 5'6", Wt: 170 lbs. Eyes: Brown. Hair: Brown. Dark complexion, Address: General Delivery, As Lito, Saipan, Commonwealth of the Northern Mariana Islands, MP 96950. Unemployed. SSN# [redacted]. CNMI Driver License # [redacted]

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4. Page 4 of 4

5. Program Code

6. Date Prepared
04/26/05

3. BEN LNU - ███████ Race Code: Asian. Male, Palauan, Citizen of Republic of Belau. Ht: Approximately 5'5", Wt: Approximately 200 lbs. Eyes: Brown. Hair: Brown. Dark complexion, Address: Saipan, Commonwealth of the Northern Mariana Islands, MP 96950.

4. JAMES LNU - ███████ Race Code: Asian. Male, Chamorro, Citizen of United States. Ht: Approximately 5'9", Wt: Approximately 180 lbs. Eyes: Brown. Hair: Brown. Light complexion, Address: Saipan, Commonwealth of the Northern Mariana Islands, MP 96950.

Yang 00084

Form - 6a
Jul. 1996)
DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used