**Statement of** ▓▓▓▓▓▓ **given to TFO's Ray M. Renguul and Albert D. Palacios relative to the purchase of Exhibit #4 from Yang JIANZHONG a.k.a. "Mr. KIM" on May 13, 2005 in Koblerville, Saipan, CNMI.**

On May 13, 2005, I was contacted by TFO Ray M. Renguul and he informed me to meet two female officers at the Cerry Store. I then proceeded to the Cerry Store and I observed a blue color sedan and I met the two female officers. I followed them to the old run-way in Koblerville were I met TFO Renguul and Customs Officer Poland Masaharu. While at the area, I was searched by SA Deborah Muusers and AGIU Juanette Atalig. TFO Renguul searched my purse and placed in there a recording device.

A few minutes later, I placed a recorded telephone call to Mr. KIM at his cellular phone number 287-2561 and Mr. KIM answered the phone. I informed him that I wanted to buy three watermelons for $15.00 (meaning three grams of ICE for $1,500.00) and he said okay. I asked him to meet me at the D Store or Cerry Store and he replied okay. After the call, SA Muusers gave me $1,500.00 to buy the ICE from Mr. KIM.

SA Muusers and AGIU Atalig took me behind the Cerry Store and I exited their vehicle and I walk to the front of Cerry Store, where I observed Mr. KIM out side standing. While I was walking to his vehicle, Mr. KIM was also walking to his vehicle. I got in from the passenger side and Mr. KIM got in from the driver side. Mr. KIM asked me for the money and I showed him the $1,500.00. Mr. KIM asked me if there any problem and I told him that there no problem. I observed him using his cellular phone speaking to an unknown individual in Chinese. Mr. Kim then drove his vehicle to the main road heading north direction and he immediately informed me that he needed to drop me back, because he personally needs to pick up the ICE.

I then got out from his vehicle in front of Cerry Store and I walked behind the store where I met SA Muusers and AGIU Atalig. SA Muusers, AGIU Atalig and I proceeded to the KL Store in Koblerville and waited for Mr. KIM telephone call.

At about ten minutes later, I received a call from Mr. KIM that he would be coming soon. SA Muusers and AGIU Atalig dropped me at the corner of KL Store. While I was walking toward Cerry Store, I observed Mr. KIM's vehicle pulling to the side of the road. I got inside from the passenger side and Mr. KIM gave me a Marlboro Lights cigarettes pack which containing three ziplock bags with ICE and he put it inside my purse. Mr. KIM then drove his vehicle to the front of Cerry Store and we both got out and went to the back of his pick-up truck bed. Mr. KIM was asking me if everything is okay and I said that there no problem. Mr. KIM then gave me one watermelon and I took it. I then walk toward KL Store, while Mr. KIM drove his vehicle away from Cerry Store. I was then picked up by SA Muusers and AGIU Atalig and they brought me to the old run-way in Koblerville. Again I met with TFO Renguul and Customs Officer Masaharu. While at the area, SA Muusers and AGIU Atalig searched me and my purse again. I was then dropped back to Cerry Store and went back to my house.



The above statement consisting of _____ page(s) is true and correct to the best of my knowledge and ability.

Interviewed by:

Witnessed by:

CS-

Yang 00092