7/18/05                                                                          Yang 00115

**Statement of ▇▇▇▇▇▇ given to TFO's Ray M. Renguul and Albert D. Palacios relative to the purchase of Exhibit #5 from Yang JIANZHONG a.k.a. "Mr. KIM" on July 18, 2005 in Koblerville, Saipan, CNMI.**

On July 16, 2005, Mr. KIM came to my house and I asked Mr. KIM why his cellular phone number 287-2561 is not in service. Mr. KIM told me that somebody took his cellular phone and he had to disconnect it. I then asked Mr. KIM that my source wants to buy five water melon (meaning five grams of ICE) and Mr. KIM told me that this time is very scary to do deals because there has been a recent arrest by the Police and they need to be very careful. Mr. Kim then asked me if they could do the deal on Friday July 22, 2005 and I told him that it was fine. After that conversation, Mr. KIM left my house and I immediately contacted TFO Ray M. Renguul and informed him about Mr. KIM's plan. TFO Renguul informed me that the next time Mr. KIM comes to my house to try and get him to do the five grams deal on Monday. About ten minutes after I spoke to TFO Renguul, Mr. KIM came again to my house. Mr. KIM asked me if we could do the deal on Sunday July 17, 2005 and I informed him that the bank is closed on Sunday and asked him if we could do it on Monday at about 1:00 o'clock in the afternoon and he said okay. Mr. KIM told me that he will be calling me on my cellular phone. After that conversation, I again contacted TFO Renguul and informed him about it and TFO Renguul said that it is okay. TFO Renguul told me that he would be picking me up at my jobsite on Monday.

Then on July 18, 2005, TFO Renguul and CO Dennis M. Reyes picked me up at my jobsite in San Antonio, Saipan. We then drove up to the old runway airstrip in Koblerville and we met with SA Deborah Muusers and AGIU Paul Ogomuro at the area. While at the area, for about two hours I waited for Mr. KIM to call my cellular phone but it never happen. Then SA Muusers and AGIU Ogomuro dropped me back at my jobsite in San Antonio and SA Muusers told me if Mr. KIM calls to meet him at 4:00 o'clock at the Cerry Store in Koblerville.

At about 3:00 p.m., Mr. KIM called me on the cellular phone and asked where and what time to meet. I told Mr. KIM that to meet me at about 4:00 o'clock at the Cerry Store in Koblerville and Mr. KIM said okay. I then called TFO Renguul and informed him about it and TFO Renguul told me that he would be picking me up at my jobsite.

Then I was picked up again by TFO Renguul and CO Reyes and they brought me to the same location in Koblerville. While at the area, SA Muusers searched my person and TFO Renguul searched my purse. TFO Renguul then place a recording device on my purse and handed me two thousand two hundred fifty dollars ($2,250.00) to buy the five grams of ICE from Mr. KIM.

SA Muusers and AGIU Ogomuro dropped me at the old DD store parking lot next to Cerry Store in Koblerville. I waited several minutes and I observed Mr. KIM 's vehicle pulling in the parking lot. I then proceeded to the passenger side and entered. Mr. KIM and I drove away from the area and while he was driving he was asking me if everything was okay and I told him that everything was fine. I asked Mr. KIM if he could give me a





EXHIBIT
3

ALL-STATE LEGAL SUPPLY CO.



discount for the five grams of ICE and Mr. KIM said that he cannot. Mr. KIM asked me how much money I was carrying and I told him that it was $2,250.00. He then drove to the Fresh Market in As Perdido, Saipan. We both got out of his vehicle and enter the store and he bought sodas and cigarettes. We then got out from the store and drove to the back side of the old runway airstrip in Koblerville. As we were driving on the old runway airstrip Mr. KIM stopped at the front entrance next to a telephone pole and got out from his vehicle. Mr. KIM then got back in and gave me a Chinese medicine box and he told me to take out the ICE from there. I opened the box and saw a white napkin with five ziplock bags containing the ICE. I then gave him the $2,250.00 and Mr. KIM was counting the money. Mr. KIM told me to give him the one ziplock bag because the money was not enough for the five grams deal. Mr. KIM told me that he needed to drop me at the ABCD Store in Koblerville because he was in a hurry and I said okay.

I then got out from Mr. KIM's vehicle and I told him that I will meet him later. TFO Renguul and CO Reyes came to the ABCD Store and picked me up. While inside the car I handed TFO Renguul my purse and I informed TFO Renguul that the four ziplock bags containing the ICE are inside my purse.

I was then brought to Coral Ocean Point in Koblerville and SA Muusers searched me and my purse again. I was then dropped back to my house.

The above statement consisting of __2__ page(s) is true and correct to the best of my knowledge and ability.

Interviewed by: _7/18/05_

Witnessed by: _07/18/05_

CS-05-119346

Yang 00116