F I L E D
Clerk
District Court

OCT 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(Rev. 08/02)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. __CR-07-00017-001__

Short Case Title __US v. YANG__

Date Notice of Appeal Filed by Clerk of District Court _____

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pretrial Proceedings |
| 10-02-07 | Sanae N. Shmull | Other (please specify) Sentencing Hearing |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☑ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Estimated date for completion of transcript _____

Type or Print Name __Timothy H. Bellas__

Signature of Attorney __[signature]__ Phone Number __(670) 323-2115__

Address __Marina Heights Suite 203, P.O. Box 502845, Saipan, MP 96950__

**NOTE:** This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS:**
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

COPY ONE