**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00017-001 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Tuesday, October 2, 2007 |
| vs. | ) | |
| | ) | |
| YANG, JIAN ZHONG, | ) | REPORTER'S SENTENCING TRANSCRIPT OF |
| | ) | YANG, JIAN ZHONG |
| Defendant. | ) | |
| | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:   Eric O'Malley
                 Assistant United States Attorney
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2986
                 Facsimile: (670) 236-2945

For Defendant        Timothy H. Bellas
  Mr. CHEN Wei Jun:  Attorney at Law
                     P. O. Box 502845
                     Saipan, MP 96950
                     Telephone: (670) 323-2115
                     Facsimile: (670) 323-2116

Also Present:    Defendant Mr. YANG Jian Zhong

Chinese/English
Interpreter:     Mr. Perry Posheung Lo

---

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950