UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 0 4 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10503 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-07-00017-ARM |
| v. | District of the Northern Mariana Islands |
| JIAN ZHONG YANG, aka Mr. Kim, | ORDER |
| Defendant - Appellant. | |

FILED
Clerk
District Court

JAN 1 1 200?

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due February 15, 2008.

The answering brief is due March 17, 2008. The optional reply brief is due 14 days after service of the answering brief.

Counsel is reminded that all motions filed in criminal appeals must recite the bail status of the defendant. 9th Cir. Rule 27-8.1.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 12.31